# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeown, Mary M. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>05/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U. S. Court of Appeals<br>401 West A Street Suite 2000<br>San Diego CA 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Advisors | RAND Institute of Civil Justice |
| 2. | Board of Advisors | American Judicature Society |
| 3. | Board of Visitors | Georgetown University Law Center |
| 4. | Board of Directors | Association of Business Trial Lawyers - San Diego |
| 5. | Board of Directors | Federal Judges Association |
| 6. | Board of Directors | La Jolla Music Society |
| 7. | Trustee | International Association of Women Judges |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

McKeown, Mary M.

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spg/Fall09 | Univ of San Diego Law School - Teaching | $10,000.00 |
| 2. Spg/Fall09 | Georgetown University Law School | $5,000.00 |
| 3. Spg/Fall09 | Thomas Jefferson Law School | $3,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed - Consultant |
| 2. 2009 | University of California San Diego - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 02/13/09-02/15/09 | Boston, MA | Midyear Meeting | Transportation, lodging & meals |
| 2. | Northwestern University | 03/05/2009-03/07/2009 | Chicago, IL | Moot Court | Transportation, lodging & meals |
| 3. | Georgetown University Law Center | 04/02/2009-04/05/2009 | Sante Fe, NM | Board Meeting | Transportation, lodging & meals |
| 4. | Law Seminars International Inc. | 04/24/2009 | Seattle, WA | Presentation | Transportation |
| 5. | University of Texas Law School Foundation | 04/29/2009-04/30/2009 | Austin, TX | Women's Power Summit | Transportation & meals |
| 6. | Federal Judges Association | 05/01/2009-05/04/2009 | Washington D.C. | Board Meeting | Transportation, lodging & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

| | | | | |
|---|---|---|---|---|
| 7. | Thomas Jefferson School of Law | 05/24/2009-05/27/2009 | Hangzhou, China | Teaching | Transportation, lodging & meals |
| 8. | University of San Diego School of Law | 07/18/2009-07/31/2009 | Paris, France | Teaching | Transportation, lodging & meals |
| 9 | Amercian Bar Association | 08/01/2009-08/03/2009 | Chicago, IL | Committee Meeting | Transportation, lodging & meals |
| 10. | Organization for Security and Cooperation in Europe | 11/07/2009-11/11/2009 | Sarajevo, Bosnia | Lecture and Ethics Workshops | Transportation & meals |
| 11. | Amercan Bar Association | 11/11/2009-11/15/2009 | Vienna, Austria | World Justice Project | Transportation, lodging & meals |
| 12. | ALI Council Meeting | 12/03/2009-12/04/2009 | Philadelphia, PA | Committee Meeting | Transportation, lodging & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST MORTGAGE, INC./CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA #2 | A | Interest | M | T | | | | | |
| 2. BOEING | A | Dividend | J | T | | | | | |
| 3. COLLEGE SAVINGS BANK - PRINCETON | A | Interest | | | Closed | 08/15/09 | K | | |
| 4 LINCOLN MUTUAL INSURANCE | A | Interest | J | T | | | | | |
| 5. SCHWAB ACCT #4 | | | | | | | | | |
| 6. ---AIM VI TECH FUND | | None | J | T | | | | | |
| 7. ---ALGER LARGE CAP GROWTH | | None | J | T | | | | | SEE PART VIII FOR DETAIL |
| 8. ---AMER CENTURY VP INTL | | None | J | T | | | | | |
| 9. ---BARON GROWTH OPPORT FND | | None | J | T | | | | | SEE PART VIII FOR DETAIL |
| 10. ---SCHWAB S&P 500 INDEX FUND | | None | J | T | | | | | SEE PART VIII FOR DETAIL |
| 11. TULLY'S COFFEE | | None | J | T | | | | | |
| 12. TRUST #1 | | | | | | | | | |
| 13. ---CASH/BANK OF AMER | | None | | | Closed | 08/15/09 | J | | |
| 14. ---FIDELITY BLUE CHIP | A | Dividend | K | T | | | | | |
| 15 ---FIDELITY DISCOVER FUND | A | Dividend | J | T | | | | | |
| 16. ---FIDELITY GROWTH & INC | A | Dividend | K | T | | | | | |
| 17. 403b #1- FIDELITY INVESTMENTS | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---UC SAVINGS FUND | A | Dividend | J | T | | | | | |
| 19. ---FIDELITY CONTRA | A | Dividend | M | T | | | | | |
| 20. ---FIDELITY EURO CAP APPREC | B | Dividend | L | T | | | | | |
| 21. ---FIDELITY SELECT TECH/PURITAN | A | Dividend | K | T | | | | | |
| 22. FIDELITY ANNUITY #2 | | | | | | | | | |
| 23. ---FIDELITY VIP CONTRA | | None | K | T | | | | | |
| 24. ---FIDELITY VIP EQUITY INCOME | | None | J | T | | | | | |
| 25. NORTHERN TRUST #1 | | | | | | | | | |
| 26. ---NORTHERN TRUST CHK | A | Interest | L | T | | | | | |
| 27. NORTHERN TRUST #2 | | | | | | | | | |
| 28. ---NORTHERN TRUST MMF | A | Int./Div. | K | T | | | | | |
| 29. NORTHERN TRUST #3 | | | | | | | | | |
| 30. ---NORTHERN TRUST CHK | A | Interest | J | T | | | | | |
| 31. NORTHERN TRUST #4 | | | | | | | | | |
| 32. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 33. NORTHERN TRUST #5 | | | | | | | | | |
| 34. ---ABBOTT LAB (ABT) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |

1. Income Gain Codes.  A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes           J =$15,000 or less      K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes     Q = Appraisal           R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)           U =Book Value           V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  ---ACCENTURE BERMU (ACN) | A | Dividend | J | T | | | | | |
| 36.  ---ADR ABB LTD (ABB) | | None | J | T | Buy | 11/06/09 | J | | |
| 37.  ---APPLE (AAPL) | | None | J | T | | | | | |
| 38.  ---BAXTER INTL (BAX) | A | Dividend | | | Sold (part) | 02/13/09 | J | A | |
| 39. | | | | | Sold | 12/15/09 | J | A | |
| 40.  ---CVS CAREMARK CORP (CVS) | A | Dividend | | | Buy | 08/14/09 | J | | |
| 41. | | | | | Sold | 11/06/09 | J | A | |
| 42.  ---DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 43.  ---FEDEX CORP (FDX) | | None | J | T | Buy | 12/15/09 | J | | |
| 44.  ---ITT CORP INC (ITT) | A | Dividend | J | T | | | | | |
| 45.  ---JOHNSON CTL INC (JCI) | | None | J | T | Buy | 11/06/09 | J | | |
| 46.  ---KOHLS CORP (KSS) | | None | J | T | Buy | 08/14/09 | J | | |
| 47.  ---MCDONALDS CORP (MCD) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 48.  ---MCKESSON CORP (MCK) | | | J | T | Buy | 12/15/09 | J | | |
| 49.  ---MEDCO HLTH SOLUT (MHS) | | None | J | T | Sold (part) | 02/13/09 | J | A | |
| 50.  ---MFB NORTH CAL MUN MONEY MKT (NOCXX) | A | Dividend | K | T | | | | | |
| 51.  ---MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Int./Div. | M | T | Sold (part) | 11/06/09 | K | A | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---MFB NORTH FDS CA TAX EXPT (NCATX) | D | Int./Div. | M | T | Sold (part) | 11/06/09 | K | A | |
| 53. ---MFB NORTH EMERG MKTS EQ FND (NOEMX) | A | Dividend | K | T | Buy | 06/02/09 | K | | |
| 54. | | | | | Buy (add'l) | 11/06/09 | J | | |
| 55. ---MFB NORTH HI YIELD FXD INC (NHFIX) | | None | | | Sold | 01/01/09 | L | A | SEE PART VIII FOR DETAIL |
| 56. ---MFB NORTH HI YIELD MUNI (NHYMX) | C | Int./Div. | J | T | Buy (add'l) | 05/05/09 | K | | |
| 57. ---MFB NORTH STK INDEX (NOSIX) | B | Dividend | M | T | | | | | |
| 58. ---MFB NORTH MM GLOBAL RE (NMMGX) | A | Dividend | K | T | Buy (add'l) | 12/21/09 | J | | |
| 59. ---MFB NORTH INTL EQTY INDEX (NOINX) | B | Dividend | L | T | Buy (add'l) | 11/06/09 | J | | |
| 60. ---MFC ISHARE TR BARCLAYS TIPS (TIP) | A | Dividend | K | T | Buy | 11/06/09 | K | | |
| 61. ---MFC SPDR GOLD TR (GLD) | | None | J | T | Buy | 05/05/09 | J | | |
| 62. ---MFO CREDIT SUISSE COMMIDITY RETURN (CRSOX) | A | Dividend | J | T | | | | | |
| 63. ---MFO PIMCO FNDS PAC INVST (PCRIX) | A | Dividend | K | T | Buy | 11/06/09 | K | | |
| 64. | | | | | Buy (add'l) | 12/09/09 | J | | |
| 65. ---MICROSOFT CORP (MSFT) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 66. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | Buy | 11/06/09 | J | | |
| 67. ---NIKE INC CL B (NKE) | | None | J | T | Buy | 12/15/09 | J | | |
| 68. ---PEPSICO INC (PEP) | A | Dividend | J | T | Buy | 11/06/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | |
|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 |
| C =$2,501 - $5,000 | D =$5,001 - $15,000 |
| E =$15,001 - $50,000 | F =$50,001 - $100,000 |
| G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 |
| H2 =More than $5,000,000 | J =$15,000 or less |
| K =$15,001 - $50,000 | L =$50,001 - $100,000 |
| M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 |
| P2 =$5,000,001 - $25,000,000 | P3 =$25,000,001 - $50,000,000 |
| P4 =More than $50,000,000 | Q =Appraisal |
| R =Cost (Real Estate Only) | S =Assessment |
| T =Cash Market | U =Book Value |
| V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. ---PG&E CORP (PCG) | A | Dividend | J | T | | | | | |
| 70. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 71. | | | | | Sold (part) | 08/14/09 | J | A | |
| 72. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | Buy | 11/06/09 | J | | |
| 73. ---TRANSOCEAN INC (RIG) | | None | J | T | | | | | |
| 74. ---VERIZON COMM (VZ) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 75. NORTHERN TRUST #6 | | | | | | | | | |
| 76. ---ABBOTT LAB (ABT) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 77. ---ACCENTURE BERM (ACN) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 78. ---ADOBE (ADBE) | | None | J | T | | | | | |
| 79. ---ADR ABB LTD (ABB) | | None | J | T | Buy | 11/06/09 | J | | |
| 80. ---ADR ARCELORMITTAL (MT) | A | Dividend | J | T | | | | | |
| 81. ---ADR NOKIA CORP (NOK) | A | Dividend | J | T | | | | | |
| 82. ---AFLAC (AFL) | A | Dividend | | | Sold | 05/28/09 | J | A | |
| 83. ---AMERIPRISE FINL (AMP) | A | Dividend | J | T | | | | | |
| 84. ---APPLE INC (AAPL) | | None | J | T | Sold (part) | 02/13/09 | J | A | |
| 85. ---BANK OF NY MELLON (BK) | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---BAXTER INTL ( BAX) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 87. | | | | | Sold (part) | 12/15/09 | J | B | |
| 88. ---BECTON DICKINSON & CO. (BDX) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 89. ---CISCO SYS (CSCO) | | None | J | T | Sold (part) | 02/13/09 | J | A | |
| 90. ---COSTCO WHOLESALE (COST) | A | Dividend | J | T | | | | | |
| 91. ---CVS CAREMARK (CVS) | A | Dividend | J | T | Buy | 08/14/09 | J | | |
| 92. ---DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 93. ---EMERSON ELECT CO. (EMR) | A | Dividend | J | T | | | | | |
| 94. ---EXELON CORP EXC (EXC) | A | Dividend | J | T | | | | | |
| 95. ---FEDEX CORP (FDX) | | None | J | T | Buy | 12/15/09 | J | | |
| 96. ---GOLDMAN SACHS GRP (GS) | A | Dividend | J | T | | | | | |
| 97. ---HARTFORD FINL SVCS (HIG) | A | Dividend | | | Sold | 11/06/09 | J | A | |
| 98. ---ITT CORP (ITT) | A | Dividend | J | T | | | | | |
| 99. ---JACOBS ENGR GRP (JEC) | | None | | | Sold | 12/15/09 | J | A | |
| 100. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 101. ---JOHNSON CTL INC (JCI) | | None | K | T | Buy | 11/06/09 | K | | |
| 102. ---KELLOGG CO. (K) | A | Dividend | J | T | | | | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. ---KOHLS CORP (KSS) | | None | J | T | Buy | 08/14/09 | J | | |
| 104. ---MCDONALDS (MCD) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 105. ---MCKESSON CORP (MCK) | | None | J | T | Buy | 12/15/09 | J | | |
| 106. ---MEDCO HLTH SOLUTIONS (MHS) | | None | J | T | Sold (part) | 02/13/09 | J | B | |
| 107. ---MFB NORTH EMERG MKTS (NOEMX) | A | Dividend | L | T | Buy (add'l) | 11/06/09 | K | | |
| 108. ---MFB NORTH FDS FX INC (NOFIX) | D | Dividend | N | T | | | | | |
| 109. ---MFB NORTH FDS GLOBAL RE INDEX (NGREX) | B | Dividend | K | T | Sold (part) | 11/06/09 | J | A | |
| 110. ---MFB NORTH HI YLD FXD INC (NHFIX) | D | Dividend | M | T | Buy (add'l) | 05/05/09 | L | | |
| 111. ---MFB NORTH ITL EQTY INDEX (NOINX) | B | Dividend | K | T | Buy | 11/06/09 | K | | |
| 112. ---MFB NORTH MM ITL EQUITY (NMIEX) | B | Dividend | M | T | | | | | |
| 113. ---MFB NORTH MM MID CAP (NMMCX) | A | Dividend | K | T | Sold (part) | 11/06/09 | K | A | |
| 114. ---MFB NORTH MM SMALL CAP (NMMSX) | A | Dividend | K | T | Sold (part) | 11/06/09 | K | A | |
| 115. ---MFB NORTH MONEY MKT FND (NORXX) | A | Dividend | L | T | | | | | |
| 116. ---MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | Sold (part) | 02/13/09 | J | A | |
| 117. ---MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | K | T | | | | | |
| 118. ---MFC SELECT SECT SPDR SHS BEN INT-MAT (XLB) | A | Dividend | J | T | | | | | |
| 119. ---MFC SELECT SECT TECH (XLK) | | None | | | Sold | 02/13/09 | J | A | |

1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000
3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---MFC SPDR GOLD TR (GLD) | | None | J | T | Buy | 05/05/09 | J | | |
| 121. ---MFO CREDIT SUISSE COMMODITY RTN (CRSOX) | B | Dividend | K | T | | | | | |
| 122. ---MFO PIMCO FDS PAC (PCRIX) | B | Dividend | K | T | Buy | 11/06/09 | K | | |
| 123. | | | | | Buy (add'l) | 12/09/09 | J | | |
| 124. ---MICROCHIP TECH (MCHP) | A | Dividend | J | T | | | | | |
| 125. ---MCROSOFT CORP (MSFT) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 126. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 127. ---NIKE INC CL B (NKE) | | None | J | T | Buy | 12/15/09 | J | | |
| 128. ---PEPSI CO INC (PEP) | A | Dividend | J | T | | | | | |
| 129. ---PG&E CORP (PCG) | A | Dividend | J | T | | | | | |
| 130. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 131. | | | | | Sold (part) | 08/14/09 | J | A | |
| 132. ---PRUDENTIAL FINL (PRU) | A | Dividend | J | T | | | | | |
| 133. ---ROCKWELL COLLINS (COL) | A | Dividend | J | T | | | | | |
| 134. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 135. ---SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | | | | | |
| 136. ---SELECT SECT SPDR CNSMR DISCR (XLY) | A | Dividend | J | T | Sold (part) | 12/15/09 | J | A | |

1. Income Gain Codes (See Columns B1 and D4) A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3) J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes (See Column C2) Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. ---SIGMA -ALDRICH (SIAL) | A | Dividend | J | T | | | | | |
| 138. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 139. ---TRANSOCEAN INC (RIG) | | None | J | T | | | | | |
| 140. ---UNITED TECH CORP (UTX) | A | Dividend | J | T | | | | | |
| 141. ---VERIZON COMM (VZ) | A | Dividend | J | T | Sold (part) | 02/13/09 | J | A | |
| 142. ---WATERS CORP (WAT) | | None | | | Sold | 02/13/09 | J | A | |
| 143. NORTHERN TRUST #7 | | | | | | | | | |
| 144. ---TEMPLETON FOREIGN CL A (TEMFX) | A | Dividend | K | T | Buy (add'l) | 12/22/09 | J | | |
| 145. NORTHERN TRUST #8 | | | | | | | | | |
| 146. ---AMERICAN BALANCED CL A (ABALX) | A | Dividend | K | T | Buy (add'l) | 02/23/09 | J | | |
| 147. | | | | | Buy (add'l) | 05/27/09 | J | | |
| 148. | | | | | Buy (add'l) | 08/17/09 | J | | |
| 149. | | | | | Buy (add'l) | 12/16/09 | J | | |
| 150. NORTHERN TRUST #9 | A | Dividend | J | T | | | | | |
| 151. NORTHERN TRUST #10 | | None | K | T | | | | | |
| 152. CONDO(50%) SAN FRANCISCO CA | D | Rent | O | W | | | | | |
| 153. | | | | | | | | | |

1. Income Gain Codes   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E = $15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

LINE 7:  NAME WAS CHANGED FROM ALGER AMERICAN GROWTH TO ALGER LARGE CAP GROWTH.

LINE 9:  NAME WAS CHANGED FROM BARON CAPITAL ASSET TO BARON GROWTH OPPORTUNITY FUND.

LINE 10:  A SMALL AMOUNT OF FUNDS STILL EXISTS IN THIS ACCOUNT ALTHOUGH PRIOR PERIOD INDICATED A FULL TRANSFER.

LINE 55:  PRIOR PERIOD ADJUSTMENT - THE STOCK WAS SOLD IN PREVIOUS YEAR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

401 WEST A STREET, SUITE 2000
SAN DIEGO, CALIFORNIA 92101-7908

CHAMBERS OF
**M. MARGARET MCKEOWN**
U.S. CIRCUIT JUDGE

May 13, 2010

TEL: 619.557.5300



Honorable Bobby R. Baldock, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, NE
Suite 2-301
Washington, D.C. 20544

Re: 2009 Financial Disclosure Report

Dear Judge Baldock:

My Financial Disclosure Report for 2009 should be amended to add the following reimbursement:

Association of Business Trial Lawyers
10/1/09 - 10/2/09
Colorado Springs, CO
Lecture/Panel
Transportation, lodging, meals

Sincerely,



M. Margaret McKeown
U.S. Circuit Judge

MMM:wlb

McKeown, Mary M.